Nellie Kirby, as executrix of the last will and testament of Frederick A. Matthews, deceased, appellant, v. Percival B. Coffin, as administrator of the estate of Ida Marcoux, deceased, appellee. Gen. No. 34,727.

Opinion filed May 19, 1931. Rehearing denied June 1, 1931.

Nat M. Kahn, for appellant. Schroeder & Metzger, for appellee; Werner W. Schroeder, of counsel.

Mr. Justice Gridley delivered the opinion of the court.